IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

JERRY DONALD BILLINGSLEY, 303088, :

    Plaintiff, :

vs. : CIVIL ACTION 2:22-0345-KD-MU

MARION MILITARY INSTITUTE, *et al.,* :

    Defendants. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is hereby **DISMISSED** without prejudice for Plaintiff's failure to comply with the Court's order and to prosecute this action by paying the partial filing fee.

**DONE and ORDERED** this the **8th** day of **March 2023.**

    /s/ Kristi K. DuBose
    _____
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**