IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

**JERRY DONALD BILLINGSLEY, 303088,** :

    **Plaintiff,** :

**vs.** : CIVIL ACTION 2:22-0345-KD-MU

**MARION MILITARY INSTITUTE,** *et al.,* :

    **Defendants.** :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is hereby **DISMISSED** without prejudice for Plaintiff's failure to comply with the Court's order and to prosecute this action by paying the partial filing fee.

**DONE and ORDERED** this the **8th** day of **March** 2023.

/s/ Kristi K. DuBose
_____
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**